UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-3562-WCT

UNITED STATES OF AMERICA

vs.

JORGE LUIS DAVALOS YANEZ,

    **Defendant.**
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?  _____ Yes  _x_ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?  _____ Yes  _x_ No

        Respectfully submitted,

        WIFREDO A. FERRER
        UNITED STATES ATTORNEY

BY: _____
        MICHAEL J. GAROFOLA
        ASSISTANT UNITED STATES ATTORNEY
        Court ID No. A5501559
        99 N. E. 4th Street
        Miami, Florida  33132-2111
        TEL (305) 961-9151
        FAX (305) 530-7976

# United States District Court

**SOUTHERN** DISTRICT OF **FLORIDA**

UNITED STATES OF AMERICA

v.

JORGE LUIS DAVALOS YANEZ

**CRIMINAL COMPLAINT**

CASE NUMBER: 11-3562-WCT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about November 3, 2011, at Miami International Airport, in Miami-Dade County, in the Southern District of Florida, the defendant, JORGE LUIS DAVALOS YANEZ, did willfully and knowingly use or attempt to use a passport, the issue of which was secured in any way by reason of a false statement, in violation of Title 18, United States Code, Section 1542.

I further state that I am a Special Agent and that this complaint is based on the following facts:

On or about November 3, 2011, the defendant, JORGE LUIS DAVALOS YANEZ, arrived at Miami International Airport aboard American Airlines Flight # 966 from Quito, Ecuador. The defendant presented a United States passport in the name of "J.N.C." to U.S. Customs and Border Protection for examination and entry into the United States. The photograph on the United States passport was of the defendant. During the secondary examination, U.S. Customs and Border Protection Officers discovered that the United States passport submitted by JORGE LUIS DAVALOS YANEZ appeared to be genuine, but that YANEZ was not "J.NC." and that YANEZ had obtained the passport with the identification of "J.N.C." During a secondary interview, the defendant admitted that he overstayed a previous visit in [entered w/that inspection into the] United States seven (7) years ago. During that overstay in the United States, YANEZ admitted that he obtained a social security card in the name "J.N.C." from an unknown individual for $300.00 [200.00]. YANEZ also admitted that he ordered a birth certificate over the internet to apply for the United States passport. The defendant further admitted that he is an Ecuadorian citizen.

JOHN WHARTON, SPECIAL AGENT
DIPLOMATIC SECURITY SERVICE
U.S. DEPARTMENT OF STATE

Sworn to before me, and subscribed in my presence,

**NOVEMBER 4, 2011** at **Miami, Florida**
Date                                City and State

**WILLIAM C. TURNOFF**
**UNITED STATES MAGISTRATE JUDGE**
Name and Title of Judicial Officer    Signature of Judicial Officer